UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE LOPEZ, on behalf of himself and others
similarly situated,

                      Plaintiff,

-against-

SPICE GRILL, LLC d/b/a SPICE GRILL, and
RANJI RANI,

                      Defendants.
----------------------------------------------------------------X

Case No. 18-CV-4967
(KPF) (KNF)

**STIPULATION AND
ORDER OF DISMISSAL**

      WHEREAS, on June 5, 2018, plaintiff Jose Lopez ("Plaintiff") filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), and the New York Labor Law;

      WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiff did not seek conditional certification and no individuals received notice of this action;

      WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

      WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       March 6, 2019

CILENTI & COOPER, PLLC
*Attorneys for Plaintiff*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

By: _____
    Justin Cilenti

LAW OFFICE OF ELI BRONNER
*Attorneys for Defendants*
26 Court Street, Suite 810
Brooklyn, New York 11242
(718) 576-3741

By: _____
    Eli Bronner

Dated:    March 7, 2019
          New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE